# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 20-cv-962

**Republic Technologies (NA), LLC, and Sream, Inc.**

Plaintiff

**vs.**

**Burbank Tobacco & Hookah, Inc. and Ghadeer Zayed**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

PARTY SERVED: **BURBANK TOBACCO & HOOKAH, INC.**

PERSON SERVED: **MARK GHOZA, MANAGER**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **03/30/2020 at 1:10 PM**

ADDRESS, CITY AND STATE: **8511 S. HARLEM AVE, BURBANK, IL 60459**

DESCRIPTION: **Middle Eastern, Male, 30+, 5'9", 180 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature: Joseph T Wachowski]*

Joseph Wachowski, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 31st day of March, 2020.

*[signature: Joan C. Harenberg]*

NOTARY PUBLIC

**OFFICIAL SEAL**
**JOAN C HARENBERG**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**
FILE #: **17-0308**

Tracking #: **432492**