# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 20-cv-962**

---

**Republic Technologies (NA), LLC, and Sream, Inc.**

Plaintiff

**vs.**

**Burbank Tobacco & Hookah, Inc. and Ghadeer Zayed**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

PARTY SERVED: **GHADEER ZAYED**

METHOD OF SERVICE: **Personal Service** - By personally delivering copies to **GHADEER ZAYED.**

DATE & TIME OF DELIVERY: **04/01/2020 at 5:05 PM**

ADDRESS, CITY AND STATE:  **6717 W. 91ST PL, OAK LAWN, IL 60453**

DESCRIPTION: **Middle Eastern, Male, 35+, 6'2", 230 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

Joseph Wachowski, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 3rd day of April, 2020.

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/28/21

---

CLIENT: **The Ticktin Law Group**
FILE #: **17-0308**

Tracking #: **432491**