IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 20-cv-962 (Judge Ellis)

REPUBLIC TECHNOLOGIES (NA), LLC,
and SREAM, INC.,

        Plaintiffs,

v.

BURBANK TOBACCO & HOOKAH, INC.
and GHADEER ZAYED,

        Defendants.
_____/

**MOTION FOR ENTRY OF**
**DEFAULT PURSUANT TO RULE 55(A)**

Plaintiffs, REPUBLIC TECHNOLOGIES (NA), LLC, and SREAM, INC., by and through their attorney, CHRISTOPHER V. LANGONE, make this request for entry of default pursuant to Rule 55(a) against Defendants, BURBANK TOBACCO & HOOKAH, INC. and GHADEER ZAYED

1. This case was filed on January 14, 2020

2. Defendant GHADEER ZAYED was served on April 1, 2020 (Dkt. 9), with an answer due. May 20, 2020 (including the extension granted by Third Amended General Order 20-0012).

3. Defendant BURBANK TOBACCO & HOOKAH, INC was served on was served on March 30, 2020 (Dkt. 7), with an answer due May 18, 2020 (including the extension granted by Third Amended General Order 20-0012).

4. Plaintiff has not been contacted by Defendants, or any counsel on Defendants' behalf, at this time.

5. Rule 55(a) of the Federal Rules of Civil Procedure (FRCP 55(a)) provides:

(A) **Entry**. When a party against whom a judgement for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

6. Rule 12(a)(1)(A)(i) requires that a Defendant serve an answer "within 21 days after being served with the summons and complaint."

7. The Plaintiffs request that a Clerk's default be entered against Defendant, BURBANK TOBACCO & HOOKAH, INC. and GHADEER ZAYED in accordance with FRCP 55(a).

WHEREFORE, Plaintiffs, ROOR INTERNATIONAL BV and SREAM, INC., respectfully request the entry of default and that Plaintiffs be give 21 days, through and until September 1, 2020, to file their affidavits, legal memorandum and other materials for prove-up and default judgement in a sum certain and that the Court set a hearing date thereafter.

Respectfully Submitted,
/s/ Christopher V. Langone

3033 N. Clark
Chicago, IL 60657
(312) 344-1945
langonelaw@gmail.com